IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| SAMMY CRAIG, | § | |
| *Plaintiff*, | § § § | |
| v. | § § | CIVIL ACTION NO. 9:21-CV-043 |
| AMERICAN HONDA MOTOR CO., | § § § | |
| *Defendant*. | § § § | |

**ORDER ADOPTING THE REPORT AND RECOMMENDATION**

This Court referred this matter to the Honorable Christine L. Stetson, United States magistrate judge, for consideration. On October 26, 2021, Judge Stetson issued a Report and Recommendation in which she recommended that the court deny the Defendant's Motion to Dismiss without prejudice and grant the Defendant's Motion to Quash. To date, the parties have not filed objections to the report.

Pursuant to 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72, the court conducted a *de novo* review of the magistrate judge's report and the record in this cause. The court agrees with Judge Stetson's recommended disposition. The court therefore ORDERS that the Report and Recommendation [Dkt. 10] is ADOPTED. Defendant's Motion to Dismiss is DENIED. [Dkt. 7]. Defendant's Motion to Quash is GRANTED. [Dkt. 8]. Plaintiff's first attempt at service is quashed, and Plaintiff is allowed forty-five (45) days to effect proper service of process in accordance with the Federal Rules of Civil Procedure.

**SIGNED this 22nd day of November, 2021.**

_____
Michael J. Truncale
United States District Judge