# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# LUFKIN DIVISION

| | | |
|---|---|---|
| SAMMY CRAIG, | § | |
| *Plaintiff,* | § § § | |
| v. | § | CIVIL ACTION NO. 9:21-CV-043-MJT |
| AMERICAN HONDA MOTOR CO., | § § § | |
| *Defendant.* | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

This Court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, for consideration. On March 2, 2022, Magistrate Judge Stetson issued a Report and Recommendation in which she recommended that the Plaintiff's case be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b). [Dkt. 16].

The Court has received and considered the Report and Recommendation of the United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings, and all available evidence. To date, the parties have not filed objections to the report.

## ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is ADOPTED.

It is therefore, **ORDERED** that this case be DISMISSED in its entirety without prejudice.

It is so ORDERED.

**SIGNED this 30th day of March, 2022.**

_____
Michael J. Truncale
United States District Judge